**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Linda V. Willis, | ) | Case No: 4:10-cv-02964-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO REMAND** |
| State Farm Mutual Automobile | ) | **CASE TO STATE COURT** |
| Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Plaintiff represented by Daniel A. Hunnicutt and the Defendant represented by Linda Weeks Gangi came before this Court and announced to the Court that each had consented to the above-captioned action being remanded to the Court of Common Pleas for Horry County.

The Plaintiff in this action filed an action entitled *Linda V. Willis vs. Timothy Eric Parker*, Case No. 2010-CP-26-5270 in the Court of Common Pleas for Horry County, South Carolina. In that action, the Plaintiff alleges that she sustained personal injuries as a result of a December 29, 2009 pedestrian/automobile accident in which she was struck by a vehicle driven by Timothy Eric Parker. The Plaintiff has asserted that she has incurred medical bills exceeding $100,000 as a result of the December 29, 2009 automobile/pedestrian accident. The Plaintiff alleges that there is a total of $105,000 in automobile liability insurance coverage and underinsured motorist coverage available to pay her claim. The Defendant disputes these allegations. The Plaintiff has agreed to limit her recovery in the State Court action to any applicable liability, excess liability and underinsured motorist coverage. The parties have

further agreed that upon remand to the State Court, the Plaintiff shall amend her Complaint to add as a party Defendant, Timothy Parker.

Based upon the parties' consent, it is

ORDERED, ADJUDGED AND DECREED that the above-captioned action be remanded to the Common Pleas Court for Horry County, South Carolina.

AND IT IS SO ORDERED this the ___22___ day of ___November___, 2010.

Florence, South Carolina            _____s/ R. Bryan Harwell_____
                                                   The Honorable R. Bryan Harwell

I CONSENT:

THE LAW OFFICES OF DANIEL A. HUNNICUTT


s/Daniel A. Hunnicutt_____
Daniel A. Hunnicutt
Attorney for the Plaintiff
Post Office Box 1735
Conway, SC 29528
(843) 488-2424 (p)
(843) 488-2525 (f)
danielhunnicutt@hotmail.com
Federal Court ID#: 10424

**LINDA V. WILLIS VS. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**CASE NO.: 4:10-cv-2964**
**CONSENT ORDER TO REMAND**

I CONSENT:

THOMPSON & HENRY, P.A.


s/Linda Weeks Gangi
Linda Weeks Gangi
Attorney for the Defendant
Post Office Box 1740
Conway, SC 29528-1740
(843) 248-5741 (p)
(843) 248-5112 (f)
lgangi@thompsonlaw.com
Federal Court ID #: 2028